UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROSEMARIE OZBAKIR and ALI DEMIR,

                          Plaintiffs,

v.

DANIEL J. SCOTTI, JR., MARCUS & MILLICHAP REAL ESTATE INVESTMENT BROKERAGE COMPANY, GLEN KUNOFSKY, ANDREW R. DORF, SCOTT DRAGOS, CHRIS ZORBAS, PGP VALUATION, INC., BRUCE D. COLEMAN, SOVEREIGN JF, LLC, SOVEREIGN JF, SPE MANAGER, INC., EUREKA PETROLEUM, INC., TIBAROM, INC., ROCHESTER LUBE, LLC, SAMUEL E. PEARSON, III, DEBORAH PICKETT, and PAUL MORABITO,

                          Defendants.

Case No. 09-cv-6460

---

## DISCLOSURE STATEMENT
## OF DEFENDANT

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 5.1(e) of the Local Rules of Civil Procedure, Defendant Sovereign JF, LLC, by its undersigned counsel Nixon Peabody LLP, states that no publicly held corporation controls (directly or through others) or owns more than 10% of its stock.

Dated: September 18, 2009

                                      **NIXON PEABODY LLP**

                                      By:  /s/ Carolyn G. Nussbaum
                                            Carolyn G. Nussbaum

                                      *Attorneys for Defendant Sovereign JF, LLC*

                                       1100 Clinton Square
                                       Rochester, New York 14604
                                       Telephone: (585) 263-1558
                                       E-Mail: cnussbaum@nixonpeabody.com

                                       Of Counsel:

12710648.1

                                                **KEKER & VAN NEST LLP**
John W. Keker, Esq.
Daniel Purcell, Esq.
Dan Jackson, Esq.
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400

Case 6:09-cv-06460-DGL   Document 6   Filed 09/18/2009   Page 2 of 2

12710648.1