UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ROSEMARIE OZBAKIR and ALI DEMIR,

           Plaintiffs,

                             **MOTION SCHEDULING ORDER**

     -vs-

                             09-CV-6460

DANIEL J. SCOTTI, JR., et al.,

           Defendants.
_____

On October 30, 2009, defendants Marcus & Millichap Real Estate Investment Brokerage Company, PGP Valuation, Inc., Sovereign, JF, LLC, and Sovereign JF, SPE Manager, Inc. all filed separate motions to dismiss (Dkt. Nos. 16, 20 and 21, respectively). All responding papers relevant to these motions must be filed with the Court by December 14, 2009. Reply papers must be filed on or before January 14, 2010.

When all papers have been submitted, the Court will review them to determine if argument is necessary and if so, the parties will receive notice of the argument date.

**IT IS SO ORDERED**.

                                                _/s/ David G. Larimer_
                                                DAVID G. LARIMER
                                                UNITED STATES DISTRICT JUDGE

Dated:     November 3, 2009
                Rochester, New York