UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROSEMARIE OZBAKIR and ALI DEMIR

      Plaintiffs,

v.

DANIEL J. SCOTTI, JR., MARCUS & MILLICHAP
REAL ESTATE INVESTMENT BROKERAGE
COMPANY, GLEN KUNOFSKY, ANDREW R. DORF,
SCOTT DRAGOS, CHRIS ZORBAS, PGP
VALUATION, INC., BRUCE D. COLEMAN,
SOVEREIGN JF, LLC, SOVEREIGN JF, SPE
MANAGER, INC., EUREKA PETROLEUM, INC.,
TIBAROM, INC., ROCHESTER LUBE, LLC,
SAMUEL E. PEARSON, III, DEBORAH PICKETT and
PAUL MORABITO

      Defendants.

Case No.: 09-cv-06460

**STIPULATION**

---

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for Plaintiffs Rosemaire Ozbakir and Ali Demir and Defendant Paul Morabito that the time for Defendant Paul Morabito to answer or otherwise respond to the complaint shall be further extended to and include February 15, 2010.

DATED:    January 5, 2010

THE STEELE LAW FIRM, P.C.

By:    s/s Kimberly A. Steele
        Kimberly A. Steele, Esq.
        949 County Route 53
        Oswego, NY 13126
        Phone: 315-216-4721
        Fax: 315-216-6065
        ksteele@thesteelelawfirm.com

*Attorneys for Plaintiffs*

LIPPES MATHIAS WEXLER FRIEDMAN LLP

By:    s/s Brendan H. Little
Dennis C. Vacco, Esq.
Kevin J. Cross, Esq.
Brendan H. Little, Esq.
665 Main Street, Suite 300
Buffalo, NY 14203
Phone: 716-853-5100
Fax: 716-853-5199
dvacco@lippes.com
kcross@lippes.com
blittle@lippes.com

*Attorneys for Defendant Paul Morabito*

IT IS SO ORDERED.

_____
DAVID G. LARIMER
UNITED STATES DISTRICT JUDGE

Dated: Rochester, NY
       January 8, 2010.