UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROSEMARIE OZBAKIR, et al.,

                              Plaintiffs,

                                                      <u>ORDER</u>

                                                      09-CV-6460L

                    v.

DANIEL J. SCOTTI, JR.,
et al.,

                              Defendants.

_____


     Plaintiffs' request (Dkt. #137) for an extension within which to respond to defendants'

motion for attorneys' fees (Dkt. #132) is granted and the response is due on or before July 15, 2011.

     IT IS SO ORDERED.


_____
                    DAVID G. LARIMER
                    United States District Judge

Dated: Rochester, New York
       May 4, 2011.